\*\*E-filed 7/13/06\*\*

Kim Pederson (State Bar # 234785)
Kerstin Arusha (State Bar # 182624)
Annette Kirkham (State Bar # 217958)
**FAIR HOUSING LAW PROJECT**
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2467
Facsimile:  (408) 293-0106

Attorneys for: Plaintiffs LEONARD AND ELAINE SURREY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| LEONARD AND ELAINE SURREY, | Case No.: CV 06-3236 JF |
| Plaintiffs, | **NOTICE OF SETTLEMENT AND PLAINTIFFS' REQUEST FOR DISMISSAL OF COMPLAINT** |
| v. | |
| DKD PROPERTY MANAGEMENT COMPANY and MORELAND APARTMENTS ASSOCIATES, | |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT plaintiffs LEONARD AND ELAINE SURREY hereby dismiss their entire complaint, with prejudice, against defendants DKD PROPERTY MANAGEMENT COMPANY and MORELAND APARTMENTS ASSOCIATES, pursuant to a

Settlement Agreement executed by the parties June 13, 2006. See Exhibit 1, Settlement Agreement attached.

Dated: July 12, 2006                    FAIR HOUSING LAW PROJECT

                                                                            /s/
                                          Kim Pederson
                                          Attorney for Plaintiff

IT IS SO ORDERED.   7/13/06

JUDGE JEREMY FOGEL, US DISTRICT COURT

Surrey, Leonard et al., ) CASE NO. C06-03236
) REF. NO. 1110009353
Plaintiff(s) )
vs. ) STIPULATION FOR SETTLEMENT
) CCP SECTION 664.6
DKD et al. )
)
Defendant(s) )
----------------------------------------------------

This case having come before Hon. Joseph F. Biafore, Jr. (Ret.) for mediation at the offices of JAMS, and the parties having conferred, it is hereby stipulated that this matter is deemed settled pursuant to the following terms and conditions:

1. Defendants DKD + Moreland _____ shall pay to plaintiff(s) Leonard + Elaine Surrey and to his/her/their attorney to the Law Foundation of Silicon Valley Fair Housing Law Project the total sum of $ 6,500 paid in full Client Trust Account by June 28, 2006, settlement and compromise of this action and in release and discharge of any and all claims and causes of action made in this action, and in release and discharge of any and all claims and causes of action arising out of the events or incidents referred to in the pleadings in this action.

2. Plaintiff(s) agree to accept said sum in full settlement and compromise of the action and agree that such payment shall fully and forever discharge and release all claims and causes of action, whether now known or now unknown, which plaintiff(s) has against any and all of the *including attorney fees + costs,* defendants in that action arising out of the incident

~~This settlement includes an express waiver of Civil Code § 1542, which states:
"A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."~~

3. Plaintiff(s) further agree to sign, acknowledge and deliver to ~~defendants~~ and Defendants a standard form of a each other

Release of all such claims and causes of action and to sign and deliver to defendants a standard form of Dismissal with Prejudice of the action.

4. Plaintiff(s) shall protect and indemnify the defendants in said action, (and his/her/their liability insurance carrier(s)) against any and all liens, subrogation claims and other rights that may be asserted by any person against the amount paid in settlement of the action or against any recovery by the plaintiff(s) in the action.

5. Counsel for each of the parties to this agreement represents that he/she has fully explained to his/her client(s) the legal effect of this agreement and of the Release and Dismissal with Prejudice provided for herein and that the settlement and compromise stated herein is final and conclusive forthwith, and each attorney represents that his/her client(s) has freely consented to and authorized this agreement.

6. ~~Payment of the stated settlement amount shall be made by as soon as reasonably possible.~~

7. Unless otherwise stated herein, each party will bear its own attorneys' fees and court costs.

8. Other terms and conditions:

① Defendants rescind their eviction notice and dismiss their unlawful detainer lawsuit with prejudice; ② Defendants agree that plaintiffs are not liable for any portion of the $9298.05 that was billed; ③ Plaintiffs agree to accept the in-home support provided by IHSS (currently allotted at 33 hrs/week) at no cost to Defendants; ④ Defendants agree that Tricia Hernandez, Gene Tischler, & Lenaya Snell will attend a fair housing training by Project Sentinel at Defendants' cost (currently est. at $500) within 90 days; ⑤ Plaintiffs will withdraw their HUD complaint; ⑥ this agreement and its terms shall not be held confidential except as to the newspaper or magazine of general circulation or radio or television and as to those medias, the parties may disclose only that the case is settled, the terms & conditions are confidential, and Plaintiffs remain in occupancy;

9. Any provisions of Evidence Code §§ 1115-1128 notwithstanding, this agreement may be enforced by any party hereto by a motion under Code of Civil Procedure §664.6 or by any other procedure permitted by law in the _federal or_ Superior Court of __Santa Clara__ County.

⑦ The parties stipulate that this settlement constitutes a "reasonable accommodation" to Plaintiffs within the meaning of the applicable federal & state statutes and this stipulation may be admitted into evidence in a subsequent proceeding.

10. The provisions of the confidentiality agreement signed by the parties relative to this mediation are waived for purposes of enforcing this agreement as set forth above.

Date: 6-13-06

*Kim Pederson*
Kim Pederson
Fair Housing Law Project

*Leonard Surrey*
Leonard Surrey

*Elaine Surrey*
Elaine Surrey

*Jeffrey P. Widman*
Jeffrey P. Widman Esq.
L/O Jeffrey P. Widman

*DKD*
DKD

*signature*
Moreland Apartments Associates

BRENDA ARTHUR on behalf of Leonard & Elaine SURREY

F:\Apps\Jams32\Template\Folder.rtf